IN RE: PIPER                                CASE NO. 05-20403 "B"

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS          107
                            1-2/210

TID #380490
J. MARSHALL MILLER
7452 Luz de Lumbre Avenue
El Paso TX 79912

| Case | Debtor |
|---|---|
| 05-20403 JAB | PIPER, CORNELIUS Y. SR. |
| 312181905266 | PIPER, KATRINA |

Pay Clerk for Unnegotiated Check #105 to Claimant #8 LVNV Funding LLC

Date  09/18/2009          $ *********223.76

~~~Two Hundred Twenty-Three Dollars and 76/100

Pay to the Order of: Clerk of Court, USBC EDLA
500 Poydras Street
Suite B-601
New Orleans LA 70130

J. MARSHALL MILLER

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈"000001 07"⑈ ⑆021000021⑆: 312181905266⑈"

9/21/09
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: LVNV FUNDING LLC

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226220    KW
* * C O P Y * *
September 21, 2009
15:02:17

TREASURY REGFUND
05-20403

Debtor.: CORNELIUS Y. PIPER
Trustee: J. Marshall Miller
Amount.:              $223.76 CH
Check#.: 107

Total-> $223.76

FROM: MILLER

J. Marshall Miller
Chapter 7 Bankruptcy Trustee
2731 - A Montana Avenue
El Paso, Texas 79903
Tel: 915-842-0096/ Fax: 915-760-5334

September 18, 2009

Clerk of Court
United States Bankruptcy Court, EDLA
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

RE: Checks for Unclaimed Funds

Dear Clerk:

I enclose the following checks, which represent either funds due creditors for which checks were either returned or not negotiated by the creditors. The original checks were mailed to the address of record and have gone stale or returned as undeliverable and payment authorization was stopped.

| Ch# | $ | Case # | Debtor | Claim # | Owner of Funds if appropriate |
|---|---|---|---|---|---|
| 106 | $281.68 | 04-16883 | Schehr, Mark A.<br>Schehr, Diana S. | 2 | Citibank |
| 114 | $20.47 | 05-18677 | Sanchez, Damaris B. | 11 | FDS Bank/Macys |
| 109 | $30.28 | 05-18992 | Hornsby, Byron L., Sr<br>Hornsby, Laura A. | 5 | SFC Bankruptcy & Recovery |
| 103 | $1,640.27 | 05-19953 | Andrews, Julius Merritte<br>Andrews, Judy F. | 1 | Nationwide Acceptance |
| 107 | $237.63 | 05-20151 | Parfait, Valery K. | 4 | Chase Bank USA |
| 106 | $557.40 | 05-20332 | Solar, Jason P.<br>Solar, Chandra O. | 3 | Internal Revenue Service |
| 107 | $114.34 | 05-20332 | Solar, Jason P.<br>Solar, Chandra O. | 2 | Houma Radiology Associates |

| 107 | $223.76 | 05-20403 | Piper, Cornelius Y, Sr. | 8 | LVNV Funding LLC |
| --- | --- | --- | --- | --- | --- |
|  |  |  | Piper, Katrina |  |  |

With kindest regards, I remain

                                          Sincerely,

                                          J. Marshall Miller

JMM/mm  
enclosures: 8 checks